UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLANDA RILEY,

    Plaintiff,

v.

ANGELINA JOHNSON, NICK LYON,
and GRETCHEN WHITMER,

    Defendants.

    Case Number 19-10060
    Honorable David M. Lawson
    Magistrate Judge R. Steven Whalen

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT WITH PREJUDICE

Presently before the Court is the report issued on May 2, 2019 by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the complaint in its entirety for failure to state any plausible claim for relief. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 7) is **ADOPTED**, and the complaint is **DISMISSED WITH PREJUDICE**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge

Date:  June 6, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 6, 2019.

                        s/Susan K. Pinkowski
                        SUSAN K. PINKOWSKI